UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHANKAR,

                                Plaintiff,

        -against-

ANKURA CONSULTING GROUP, LLC,

                              Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/15/2020__

20-CV-07463 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' letters regarding Defendant's proposed motion to dismiss. ECF Nos. 8-9. Defendant is directed to reply to Plaintiff's letter, including Plaintiff's statement that "Plaintiff does not contest that Harvey's actions while working at FTI Consulting are now time-barred, insofar as these actions may not be considered discrete adverse actions forming the basis of their own claims". ECF No. 9 at 2. Defendant's response is due by October 22, 2020.

**SO ORDERED.**

Dated:    **October 15, 2020**
              **New York, New York**

                                                                    */s/ Andrew L. Carter, Jr.*
                                                          **HON. ANDREW L. CARTER, JR.**
                                                            **United States District Judge**