```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Feb. 23, 2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Anita Shankar,**

                            **Plaintiff,**

              v.

**Ankura Consulting Group, LLC,**

                           **Defendant.**

---

**1:20-cv-07463-ALC**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled (ECF No. 24), it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 30 (thirty) days.

**SO ORDERED.**

Dated:    Feb. 23, 2022
             New York, New York

                                                   **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**